UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD DELK and SANDRA DELK,**

    **Plaintiffs,**

v.                                          **Case No: 5:14-cv-469-Oc-32PRL**

**BANK OF AMERICA, N.A.**

    **Defendant.**

## ORDER

On May 26, 2015, the Court held a telephonic hearing on Plaintiffs' motion to quash Defendant's amended notice of mental examinations. (Doc. 41). For the reasons stated on the record at the hearing, Plaintiffs' motion (Doc 41) is **GRANTED** and Defendant's amended notice of mental examinations is **QUASHED**. Defendant shall bear the costs associated with the canceled examinations. On or before **5:00 p.m**. on **May 29, 2015**, Plaintiffs shall provide medical records *in camera* to support their contention that they are unable to leave their home to attend mental examinations and/or depositions.

**DONE** and **ORDERED** in Ocala, Florida on May 27, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties